JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| YVONNE GUZMAN,<br>Plaintiff,<br>v.<br>TARGET CORPORATION; TARGET ENTERPRISE, INC.; and DOES 1 to 25, inclusive,<br>Defendants. | **CASE NO. 8:26-cv-02268**<br>**ORDER RE: STIPULATION TO REMAND TO STATE COURT [12]**<br>[Orange County Case No. 30-2026-01557611-CU-PO-CJC]<br>Complaint Filed: March 24, 2026<br>Trial Date: None Set |

After a full consideration of Yvonne Guzman and Target Corporation's joint Stipulation To Remand to State Court, and good cause appearing:

THE COURT HEREBY ORDERS AS FOLLOWS:

1. The Court hereby remands the instant action to Superior State of California, County of Orange (Case No. 30-2026-01557611-CU-PO-CJC).

///

///

2. Plaintiff Yvonne Guzman's motion for remand, including a request for sanctions, currently set for hearing on September 28, 2026, is **off-calendar.**

Dated: September 14, 2026

David O. Carter

Honorable David O. Carter
United States District Judge